IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PATRICIA SMYCZEK,

        Plaintiff(s),  :

                                Case No. 3:12-cv-343

- vs -

                             :        Judge Walter Herbert Rice

WAL-MART STORES, INC.

        Defendant(s).  :

**ORDER**

        It is hereby ordered that the above captioned cause be administratively processed.

February 21, 2013

                                                 WALTER HERBERT RICE, JUDGE
                                                 UNITED STATES DISTRICT COURT

AOProcessing/"Case Settled. Final paperwork due within 30 days."