## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **PATRICIA SMYCZEK** | : | Case No. 3:12-cv-343 |
| | : | Judge: Walter H. Rice |
| Plaintiff, | : | |
| | : | |
| vs. | : | **STIPULATION OF DISMISSAL** |
| | : | **WITH PREJUDICE** |
| **WAL-MART STORES, INC.** | : | |
| | : | |
| Defendant. | : | |

Having reached a resolution, the parties stipulate to the dismissal of this action with prejudice. Each party will bear its own costs and expenses. The parties agree that the Court may sign and enter this Stipulation as its order dismissing this action with prejudice.

Respectfully submitted,

Attorneys for Plaintiff:

/s/ John P. Concannon
Katherine Daughtrey Neff (0082245
John P. Concannon (0024131)
FREKING & BETZ, LLC
525 Vine Street, Sixth Floor
Cincinnati, Ohio 45202
Phone: (513) 721-1975/Fax: (513) 651-2570
kneff@frekingandbetz.com
jconcannon@frekingandbetz.com

Attorneys for Defendant:

/s/ Brendan J. Fitzgerald (e-mail auth 10/22/13)
Alison M. Day (0068060)
Trial Attorney for Defendant
LITTLER MENDELSON, P.C.
21 East State St., 16th Floor
Columbus, Ohio 43215
Phone: (614) 463-4201/Fax: (614) 221-3301
aday@littler.com

OF COUNSEL:

Brendan J. Fitzgerald (0084269)
LITTLER MENDELSON, P.C.
21 East State St., 16th Floor
Columbus, Ohio 43215
Phone: (614) 463-4201/Fax: (614) 221-3301
bfitzgerald@littler.com

**APPROVED, ORDERED AND DISMISSED WITH PREJUDICE:**

Judge Walter H. Rice
United States District Court

DATED: 10-22-13

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ *John P. Concannon*